UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH L. MARTIN,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN HALKI, et al.,<br><br>                    Defendants. | 3:22-cv-00100-ART-CSD<br><br>**ORDER** |

The court referred this case to the Inmate Early Mediation Program and stayed this action for 120 days to allow Plaintiff and Defendant an opportunity to settle their dispute before the $350.00 filing fee is paid, an answer is filed, or the discovery process begins. (ECF No. 13.)  The court also granted Plaintiff's motion for appointment of counsel and referred this case to the Pro Bono Program.

The scheduling of the Inmate Early Mediation is stayed pending the filing of a notice of appearance of counsel or further order of the court.

**IT IS SO ORDERED**.

DATED: July 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1