UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH L. MARTIN,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>JOHN HALKI, et al.,<br><br>　　　　　Defendants | Case No. 3:22-cv-00100-ART-CSD<br><br>ORDER |

　　　According to the Nevada Department of Corrections inmate database, Plaintiff Kenneth Martin is no longer incarcerated. Plaintiff has filed his updated address with the Court, (ECF No. 21), but because Plaintiff is no longer incarcerated, his application to proceed *in forma pauperis* for an inmate is moot.

　　　It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 4) is denied as moot.

　　　It is further ordered that **on or before July 2, 2023**, Plaintiff will either (1) file a fully complete application to proceed *in forma pauperis* for a non-prisoner, or (2) pay the full $402 filing fee for a civil action.

　　　It is further ordered that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

　　　The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for non-prisoners and instructions for the same.

　　　DATED THIS 2nd day of June 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE