UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH L. MARTIN,<br><br>    Plaintiff<br><br>v.<br><br>JOHN HALKI, *et al.*,<br><br>    Defendants | Case No. 3:22-cv-00100-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO<br>DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Kenneth L. Martin, *Pro Se* Plaintiff, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED 22nd day of September, 2023.

DATED 22nd day of September, 2023.
AARON D. FORD
Attorney General

_____
Kenneth L. Martin
*Plaintiff, pro se*

/s/ Victoria C. Corey
_____
Victoria C. Corey, (Bar No. 16364C)
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: October 16, 2023

_____
Anne R. Traum
United States District Judge